1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

JARNAL SINGH,

8
                       Petitioner,

9
    v.

10

NEIL CLARK,

11
                       Respondent.

12

CASE NO.  C08-0011RSL-MAT

ORDER OF DISMISSAL

13       The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's

14 Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United

15 States Magistrate Judge, any objections or responses to that, and the remaining record, does hereby

16 find and ORDER:

17       (1)     The Court adopts the Report and Recommendation;

18       (2)     Petitioner's Petition for Writ of Habeas Corpus, Dkt. 4, is DENIED;

19       (3)     Respondent's Motion to Dismiss, Dkt. 8, is GRANTED; and

20       (3)     The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

21       Dated this 19th day of May, 2008.

22

23
Robert S. Lasnik
United States District Judge

24
25
26 ORDER OF DISMISSAL